**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 10-53-05** |
| **ZACHARY DAVIS** : | |
| : | |

**ORDER**

**AND NOW,** this 11th day of October, upon consideration Defendant's Amended Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 [Doc. No. 421] and the response thereto, and for the reasons set forth in accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED without an evidentiary hearing**.   There is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**